IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:09-00158-03

JASON P. BELCHER
    also known as "Biz"

**ORDER**

On June 30, 2009, the Magistrate Judge ordered the Defendant detained pending trial, noting that the defendant waived his right to hearing and consented to detention. Subsequently, Defendant moved for release on bond and a hearing was held by the Magistrate Judge on August 20, 2009. The motion was denied, as the Magistrate Judge noted the defendant's significant criminal history, the presence of firearms attributable to the defendant, and the statutory presumption found in 18 U.S.C. § 3142(c).

The defendant now appeals the detention order and seeks his release on bond pending trial. Defendant's motion offers no response to any of the reasons cited by the Magistrate Judge to justify detention, nor any new evidence or information which would support a different conclusion. Defendant's Motion to Revoke Detention Order (Doc. #100) is **DENIED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:    September 3, 2009

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE